**Order entered May 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00041-CV

**MICHAEL BELL AND LISA ANN BELL, Appellants**

**V.**

**MATTHEW MARKHAM, JEFFREY LYNCH, AND THE MCKINNEY DENTIST,**
**Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03485-2016**

## ORDER

Before the Court is appellants' May 24, 2019 unopposed motion for extension of time to file a single reply brief.  We **GRANT** the motion and **ORDER** appellant's reply brief be filed no later than June 14, 2019.

/s/     BILL WHITEHILL
          JUSTICE